IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*American Airlines, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | Civil Action No. 2:24-CV-1430 |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), please enter the appearances of the following attorneys of Ballard Spahr LLP on behalf of Defendant Sandoz AG in the above-captioned action.

Dated: August 28, 2024　　　　　　　　　　Respectfully submitted,

/s/ *David L. Axelrod*
David L. Axelrod (PA 323792)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-665-8500
F: 215-864-8999
AxelrodD@ballardspahr.com

/s/ *Emilia L. McKee Vassallo*
Emilia L. McKee Vassallo (PA 318428)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-665-8500
F: 215-864-8999
McKeeVassalloE@ballardspahr.com

/s/ *Elizabeth P. Weissert*
Elizabeth P. Weissert (PA 322931)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-665-8500
F: 215-864-8999
WeissertE@ballardspahr.com

*Attorneys for Defendant, Sandoz AG*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Joint Entry of Appearance was served on August 28, 2024 by the Court's electronic filing system to all counsel of record in the above-captioned action.

*/s/ Emilia L. McKee Vassallo*
Emilia L. McKee Vassallo

*Attorney for Defendant, Sandoz AG*