# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>No. 2:16-md-2724-CMR |
| This Document Relates to:<br>*American Airlines, Inc. et al. v. Actavis Holdco U.S., Inc., et al.* | No. 2:24-cv-01430 |

## ORDER

And now, this ____ day of September, 2024, upon consideration of the Joint Stipulation Regarding the Deadline for Novartis AG to Respond to the Self-Funded DAP Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>No. 2:16-md-2724-CMR |
| This Document Relates to:<br><br>*American Airlines, Inc. et al. v. Actavis Holdco U.S., Inc., et al.* | No. 2:24-cv-01430 |

## Joint Stipulation Regarding Deadline for Novartis AG to Respond to the Self-Funded DAP Complaint

Plaintiffs American Airlines, Inc., Aramark Services, Inc., General Motors LLC, Lowe's Companies, Inc., Lumen Technologies, Inc., Lumen Technologies Service Group, LLC, RXT Corporation, Target Corporation, and US Foods, Inc. (collectively, "Self-Funded DAPs") and Defendant Novartis AG (collectively, and together with the Self-Funded DAPs, the "Parties"), by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

WHEREAS, on April 4, 2024, the Self-Funded DAPs filed a Complaint in this action against Novartis AG and other defendants in the Eastern District of Pennsylvania, which was captioned *American Airlines Inc, et al. v. Actavis Holdco U.S., Inc., et al.*, No. 24-cv-01430 and subsequently designated as a member case in MDL No. 2724, *In re Generic Pharmaceuticals Pricing Antitrust Litigation*;

WHEREAS, on August 12, 2024, the Self-Funded DAPs effectuated service of their Complaint and Summons on Novartis AG using the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commerical Matters;

WHEREAS, under Fed. R. Civ. P. 12(a)(1)(A), the deadline for Novartis AG to answer or otherwise respond to the Complaint is September 3, 2024; and

WHEREAS, the Parties have agreed to a modest extension of time for Novartis AG to answer, move to dismiss, or otherwise respond to the complaint, contingent on the Self-

1

Funded DAPs having a similar extension of time to oppose or otherwise respond to any motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties:

1. The deadline for Novartis AG to move against, answer, or otherwise respond to the Self-Funded DAPs' Complaint shall be September 10, 2024.

2. The deadline for Plaintiffs to oppose or otherwise respond to any motion to dismiss shall be October 1, 2024 (seven days longer than the typical 14-day deadline provided for in L.R. 7.1(c)).

3. The Parties further agree to waive the requirement of a conferral as required by Fed. R. Civ. P. 26(f), as well as the exchange of initial disclosures under Rule 26(a)(1).

4. This Joint Stipulation does not constitute a waiver by Novartis AG of any defense, including without limitation those defenses provided under Fed. R. Civ. P. 12.

Dated: September 3, 2024

Respectfully Submitted,

**Bartlit Beck LLP**

s/ Sundeep K. (Rob) Addy
Karma M. Giulianelli
Sundeep K. (Rob) Addy
Lester C. Houtz

1899 Wynkoop St., Suite 1200
Denver, Colorado 80202

(303) 592-3100 (tel)
(303) 592-3141 (fax)

karma.guilianelli@bartlitbeck.com
rob.addy@bartitbeck.com
lester.houtz@bartlitbeck.com

*Counsel for Self-Funded Direct Action Plaintiffs*

**Kirkland & Ellis LLP**

<u>s/ Donna M. Welch</u>
Donna M. Welch, P.C.
Karl Gunderson
333 W. Wolf Point Plaza
Chicago, IL 60654

John C. O'Quinn, P.C.
Joseph C. Schroeder
1301 Pennsylvania Ave. NW
Washington, DC 20004

(202) 389-5000 (tel)

donna.welch@kirkland.com
karl.gunderson@kirkland.com
john.oquinn@kirkland.com
joseph.schroeder@kirkland.com

*Counsel for Novartis AG*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on September 3, 2024, by the Court's electronic filing system to all counsel of record in the above-captioned action.

s/ Sundeep K. (Rob) Addy
Sundeep K. (Rob) Addy
